IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JOHN T. FISCHER | § | CASE NO. 16-35882 |
| JULIE FISCHER | § | |
| | § | |
| Debtor(s) | § | Chapter 13 |

## REQUEST FOR STATUS CONFERENCE

Comes now, Eva S. Engelhart Chapter 7 Trustee and files this Request for Status Conference.

1. This Chapter 13 case was filed on November 29, 2016.

2. The case filing is severely deficient as no schedules or Motion to Extend Time to File Schedules were filed and no Proof of Credit Counseling was filed.

3. The same Debtors' Chapter 7 Bankruptcy Case No. 15-34429 was closed, discharging both Debtors, just one month prior, on October 25, 2016.

4. Eva S. Engelhart was the Chapter 7 Bankruptcy Trustee in the Chapter 7 case which was pending in Judge Paul's Court.

5. Based on the recently provided information, it appears that the Debtors failed to accurately disclose assets which could significantly benefit the creditors of the Chapter 7 Bankruptcy Estate.

6. Trustee Engelhart will file a Motion to Reopen the Chapter 7 Bankruptcy Case No. 15-34429 shortly.

7. Trustee Engelhart was made aware of the currently pending Chapter 13 case and the January 3, 2017 hearing set on the Debtors' Application to Pay Filing Fees in Installments.

Trustee Engelhart requests that the Court hold a Status Conference to address the above on January 3, 2017 at 11:00 a.m.

Dated the 29th day of December, 2016.

Respectfully submitted,

/S/: EVA S. ENGELHART
Eva S. Engelhart - #00796513
Chapter 7 Trustee
7700 San Felipe, Suite 550
Houston, TX 77063
Tel: 713-626-1200
Fax: 713-623-6014
Email: eengelhart@rossbanks.com

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the Request for Status Conference was forwarded by U.S. Mail, first class postage prepaid, to the parties listed on the attached service list on this the 29th day of December, 2016.

/S/: EVA S. ENGELHART
Eva S. Engelhart

See attached.